IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES H. FISHER,

        Plaintiff,                No. CIV S-96-1850 DFL PAN P

    vs.

JAMES GOMEZ, et al.,

        Defendants.          ORDER

_____/

On March 8, 2006, the court directed the Clerk of the Court to vacate judgment.

Good cause appearing, IT IS HEREBY ORDERED that

1. Plaintiff shall file and serve an amended pretrial statement within 30 days from the date of this order;

2. Defendant has 15 days therefrom to file and serve a pretrial statement;

3. Pretrial conference (as described in Local Rule 16-282) is set in this case for May 17, 2006, before the magistrate judge. The pretrial conference shall be conducted on the file only, without appearance by either party.

/////

/////

/////

1        4. This matter is set for jury trial before the Honorable David Levi on November
2  6, 2006, at 8:30 a.m. in Courtroom 7.
3  DATED: March 21, 2006.

                     _____
                     UNITED STATES MAGISTRATE JUDGE

\004;fish1850.trial date