IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES H. FISHER,

        Plaintiff,                No. CIV S-96-1850 DFL PAN P

   vs.

JAMES GOMEZ, et al.,

        Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed May 5, 2006, plaintiff was directed to file within twenty days a pretrial statement. On May 24, 2006, plaintiff filed a request to postpone further proceedings in this matter until after his Board of Prison Terms hearing, which will be held sometime near July 5, 2006. The pretrial conference will be conducted on the papers in this action after both parties have filed written pretrial statements and jury trial in the matter is set for November 6, 2006. Plaintiff will not be required to appear in this court until the date set for jury trial. Plaintiff has not shown good for further delaying the filing of his pretrial statement in this action.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 24, 2006 request to postpone the filing of pretrial statements and trial is denied;

1  2. Plaintiff shall file and serve an amended pretrial statement within 15 days from the date of this order and no further extensions of this deadline will be granted for any reason;

3. Defendant has 15 days therefrom to file and serve a pretrial statement;

4. Pretrial conference (as described in Local Rule 16-282) is CONTINUED from May 17, 2006 to July 7, 2006. The pretrial conference shall be conducted on the file only, without appearance by either party; and

5. This matter remains set for jury trial before the Honorable David Levi on November 6, 2006, at 8:30 a.m. in Courtroom 7.

DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
fish1850.o