IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES H. FISHER,

      Plaintiff,                    No. CIV S-96-1850 DFL PAN P

      vs.

JAMES GOMEZ, et al.,

      Defendants.               <u>ORDER TO SHOW CAUSE</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed May 31, 2006, plaintiff was directed to file within fifteen days an amended pretrial statement, and defendant T. McDonald was given a period of fifteen days thereafter in which to file pretrial statement. Plaintiff filed his pretrial statement on June 5, 2006. The time for defendant to file a pretrial statement has passed and defendant has not filed a pretrial statement or responded in anyway to the court's May 31, 2006 order.

      Accordingly, good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order defendant T. McDonald shall show cause in writing why

/////

/////

/////

1 | sanctions, including striking of the answer and entry of default, should not be imposed for failure
2 | to comply with the court's May 31, 2006 order.
3 | DATED: July 17, 2006.

_____<br>
UNITED STATES MAGISTRATE JUDGE

12
fish1850.osc